JAMES PATTON
Attorney at Law
209 South Livingston Ave., Suite 9
Livingston, New Jersey 07039
(973) 992-3500
Attorney for Defendant Luis Morales

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

........................
                                  :
UNITED STATES OF AMERICA :        Dkt. No. 10-367-001
                                  :
                                  :     Hon. William H. Walls
          v.                      :
                                  :     ORDER AMENDING CONDITIONS OF RELEASE
LUIS MORALES                      :
........................

This matter having been opened to the Court on the motion of Defendant Luis Morales, through his attorney James Patton, and the Office of the United States Attorney, Eric Kanefsky appearing, having consented, and for good cause shown,

It is on this 26 day of July , 2011 ORDERED

1.   Defendant is permitted to reside at 48 Adelphi Street, first floor, Brooklyn, N.Y. 11205;

2.   The timing of the move is subject to the approval and supervision of the United States Pretrial Services;

3.   Demour Badawi is appointed as residential custodian; and

4.   All other conditions of release set forth in previous orders of this court remain in full force and effect.

_____
Hon. William H. Walls